NUMBER 13-04-045-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

DANIEL S. PARKS AND SUZANNE PARKS,                        Appellants,

v.

DEWITT COUNTY ELECTRIC COOPERATIVE, INC.,                Appellee.
___________________________________________________________________

On appeal from the 267th District Court 
of DeWitt County, Texas
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Opinion Per Curiam

         Appellants, DANIEL S. PARKS AND SUZANNE PARKS, attempted to perfect an
appeal from a judgment entered by the 267th District Court of DeWitt County, Texas,
in cause number 91-2-15,519. Judgment in this cause was signed on October 13,
2003. A timely motion for new trial was filed on November 12, 2003. Pursuant to
Tex. R. App. P. 26.1, appellants’ notice of appeal was due on January 12, 2004, but
was not filed until January 30, 2004. Appellants’ untimely motion to extend time to
file notice of appeal was received in this Court on January 28, 2004. Appellee’s
response to appellant’s motion was received on February 4, 2004.
         The Court, having examined and fully considered the documents on file,
appellants’ failure to timely perfect their appeal, appellants’ untimely motion to extend
time to file notice of appeal, and appellee’s response thereto, is of the opinion that the
appeal should be dismissed for want of jurisdiction. Appellants’ untimely motion to
extend time to file notice of appeal is DENIED. The appeal is hereby DISMISSED FOR
WANT OF JURISDICTION.
                                                               PER CURIAM


Opinion delivered and filed this
the 4th day of March, 2004.